AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**OFFENSE CHARGED**
SEE ATTACHED.
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** SEE ATTACHED.

**DEFENDANT - U.S.**
▶ ANTHONY REED

**DISTRICT COURT NUMBER**
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.
_____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form  ALEX G. TSE
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Samantha Schott

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction     ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year  11/19/2018

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

## Penalty Sheet for ANTHONY REED

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Three through Eight, Ten (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Eleven and Twelve (Traveling Interstate to Promote Illegal Firearms Trafficking):
Maximum prison term: 10 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Unlicensed Dealing in Firearms
Counts 3 and 4: 18 U.S.C. § 922(a)(1)(A) - Unlicensed Dealing in Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ BENJAMIN GORMLEY

DISTRICT COURT NUMBER
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## Penalty Sheet for BENJAMIN GORMLEY

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Three and Four (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHED

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ JESUS ANGEL SANCHEZ

DISTRICT COURT NUMBER
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    ALEX G. TSE

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Samantha Schott

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year 11/19/2018
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## Penalty Sheet for JESUS ANGEL SANCHEZ

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Seven, Eight and Ten (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):

Mandatory minimum prison term: 7 years

Maximum prison term: Life

Maximum fine: $250,000

Maximum term of supervised release: 3 years

Forfeiture

Mandatory special assessment: $100

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 371 - Conspiracy to Commit Unlicensed Dealing in Firearms
Counts 2 and 9: 18 U.S.C. § 922(a)(1)(A) - Unlicensed Dealing in Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  SEE ATTACHED.

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ JULAAN FAISON

DISTRICT COURT NUMBER
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott

---

**DEFENDANT**

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

**Penalty Sheet for JULAAN FAISON**

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Two and Nine (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHED.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S.**
▶ RAHSAAN FAISON

DISTRICT COURT NUMBER
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year  11/19/2018

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**Penalty Sheet for RAHSAAN FAISON**

Count One (Conspiracy to Deal in Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Counts Two and Nine (Dealing Firearms Without a License):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

2

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

SEE ATTACHED

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----

▶ MARCOS ANTONIO MARTENEZ

DISTRICT COURT NUMBER
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4-18-71645 MAG

Name and Office of Person Furnishing Information on this form    ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Samantha Schott

---- DEFENDANT ----

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year 11/19/2018

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

## Penalty Sheet for MARCOS ANTONIO MARTENEZ

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen  (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

1

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHED

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ JAMES MEDEIROS

DISTRICT COURT NUMBER
CR 18-0560 HSG

FILED
NOV 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

─── DEFENDANT ───

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution
_____

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No     give date filed _____

DATE OF ARREST ▶ Month/Day/Year  11/19/2018
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

─── PROCEEDING ───
Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.
4-18-71645 MAG

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    ALEX G. TSE
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Samantha Schott

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
  ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: _____
  If Summons, complete following:
  ☐ Arraignment ☐ Initial Appearance         * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
  Defendant Address:
  _____

Date/Time: _____   Before Judge: _____

Comments:

## Penalty Sheet for JAMES MEDEIROS

Count Thirteen (Conspiracy to Commit Robbery of Mail, Money, or Other Property of the United States and Assault on a Federal Officer):
Maximum prison term: 5 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fourteen (Assault on a Federal Officer With a Deadly or Dangerous Weapon):
Maximum prison term: 20 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Fifteen (Robbery of Mail, Money, or Other Property of the United States):
Maximum prison term: 25 years
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100

Count Sixteen (Using, Carrying, and Brandishing a Firearm During, in Relation to, a Crime of Violence):
Mandatory minimum prison term: 7 years
Maximum prison term: Life
Maximum fine: $250,000
Maximum term of supervised release: 3 years
Forfeiture
Mandatory special assessment: $100